CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 28 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHN TATOIAN, | ) |
| Plaintiff, | ) Civil Action No. 7:14-CV-00484 |
| v. | ) **ORDER** |
| WILLIAM LEE ANDREWS, III, et al., | ) By: Hon. Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendants. | ) |

For the reasons set forth in the accompanying memorandum opinion, it is hereby

**ORDERED**

that Defendant Richard Schulenberg's motion, Dkt. No. 19, is **GRANTED**. Mr. Schulenberg shall be dismissed from this case. The Clerk is directed to terminate Mr. Schulenberg, and is further directed to send certified copies of this order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 28th day of April, 2015.

/s/ Glen Conrad
Chief United States District Judge