IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION
CLERK'S OFFICE U.S. DIST. COURT AT ROANOKE, VA FILED FEB 12 2016 JULIA C. DUDLEY, CLERK BY: /s/ DEPUTY CLERK

| | |
|---|---|
| JOHN TATOIAN, | )<br>) |
| Plaintiff, | )<br>) Civil Action No. 7:14-CV-00484 |
| v. | )<br>) **ORDER** |
| WILLIAM LEE ANDREWS, III, et al., | )<br>) By: Hon. Glen E. Conrad |
| Defendants. | ) Chief United States District Judge<br>) |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. Plaintiff's motion to amend the complaint (Docket No. 66) is **GRANTED**. The amended complaint is deemed filed as of the date of this order, and plaintiff shall serve Carso Corporation pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Defendants' current responsive pleading will be deemed sufficient. Should defendants wish to file additional memoranda in response to plaintiff's amended complaint, defendants shall have twenty (20) days from the date of this order in which to do so;

2. Defendant Palmoré Legal Services, PLLC's ("PLSP") second motion to quash service and to dismiss the complaint (Docket No. 50) is **GRANTED**;

3. Plaintiff's motion for leave to file supplemental material (Docket No. 54) is **GRANTED**;

4. PLSP's motion for leave to file supplemental memorandum and material (Docket No. 62) is **GRANTED**; and

5. The clerk is directed to **STRIKE** defendants PLSP, Affinity Capital Holdings, LLC, and Kristie Eichenberger from this action.

ENTER: This 12th day of February, 2016.

_____
Chief United States District Judge